UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.iscourt.gov

Chapter 7 Case No: 24-16155-PDR

Dwight Longchallon

Plaintiff, COMPLAINT

vs

Department of Education et al,            Adversarial Proceeding Case No.
DEFENDANT

COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

Jurisdiction of this matter is conferred on the court by 28 U.S.C. § 1334. This action is brought pursuant to 11 U.S.C. § 523(a)(8).

1. The Plaintiff is the debtor in the above-entitled case under chapter 7 of the Bankruptcy Code filed in this court on June, 21 2024.

2. The Defendant, Department of Education, holds claims against the debtor in the amount of $22,002.79 plus interest.
Fedloan was the original service provider, however it has now been change to Nelnet/Department of Education, whose mailing address is P.O. Box 82561, Lincoln, NE 68501.
All Defendants on information and belief are holders of note(s).
were either insured by the United States of America, Department of Education, pursuant to the provisions of Title IV, Part B of the Higher Education Act of 1965, as amended, and the Code of Federal Regulations, Title 45, Part 177, Subpart E or were not underwritten by former but are nevertheless for "qualified higher educational expenses". The Plaintiff also attended an eligible educational institution, Broward College.

3. After graduation with a Bachelor Degree in Supervision and Management in 2017, the Plaintiff was unable to get any sort of full time work in Management. He did succeed in paying off a most his student loan for this degree but was told by employers at interviews, he needed to have some technology courses to be current for the skills need to get into an entry level management position. As a result, he reenrolled in Broward College to get a degree in Technology Management.  He did not complete his degree, due to getting Covid three times in the past two years because he worked in retail environment and has developed breathing issues at times. Plaintiff is now going to be 60 years old in a few months and could not convert his education to any new jobs that would increase his income as he previously was led to believe. In fact most of the technology that he has learnt is now a bit obsolete.  He still works at the same job that he had before his degree and work hourly shifts of between 32 hours to 40 hours a week.

As a result, the Plaintiff does not see this circumstances changing in the near future that would allow him to pay said student loan without any hardship as his prime income age as passed and his cognitive ability is beginning to diminish a bit with brain fog and forgetfulness.

4. The Plaintiff has not been able to afford any health insurance for the past two years and has now qualified for the Biden Insurance Plan with $0 payment plan for the past year. He cannot afford the insurance provided by the company Home Depot because it begins with a monthly cost close to $500 for the bronze plan.

5. The Plaintiff has made several good faith efforts over the time period to repay the loans and have uses forbearance to stop defaulting on said loans, which were previously at $227 per month and have enrolled in the SAVE program in a good faith effort to repay the loans.

6. Due to low income and an increase in rent by the Plaintiff's Landlord, beginning June 1, 2024 which was increase from 1650 to 1750 per month along with higher utility costs and food, the Plaintiff, paying on the student loan will be a severe hardship.

7. The Plaintiff therefore ask the court to find these student loans to be dischargeable in bankruptcy, due to the fact that it would impose a severe hardship on the Plaintiff to cover bare minimum living standards.

Dated: June 21, 2024

_____
Plaintiff/Debtor
Dwight Longchallon